435 A.2d 661

Commonwealth v. Miller, Appellant.

 Submitted March 6, 1980. Marilyn C. Zilli,
Assistant Public Defender, for appellant; Marion E. Mac
Intyre, Assistant District Attorney, for Commonwealth, ap-
pellee.

Before CERCONE, P. J., and WATKINS and MONT-
GOMERY, JJ.

The judgment of sentence of the lower court is affirmed.